**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, SB# 133878
  E-Mail: pardini@lbbslaw.com
TIMOTHY S. KIRK, SB# 161598
  E-Mail: kirk@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

**HAGER & DOWLING**
JOHN S. HAGER, SB# 61384
  E-Mail: mail@hdlaw.com
319 E Carrillo St
Santa Barbara, CA 93101-7450
Telephone:  805.966.4700
Facsimile:  805.966.4120

Attorneys for Plaintiff MERCURY CASUALTY COMPANY

**SPIWAK & IEZZA**
RICHARD P. PETERSEN, SB# 136577
  E-Mail: Rrpesq1@hotmail.com
555 Marin Street, Suite 140
Thousand Oaks, CA 91729
Telephone:  818.957.5832
Facsimile:  818.541.9165

Attorney for Defendant ACQUIRED CAPITAL I, L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MERCURY CASUALTY COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>ACQUIRED CAPITAL I, L.P., and DOES 1 through 10,<br><br>  Defendants. | CASE NO. 2:12-CV-01217-GEB-CKD<br><br>**STIPULATION re: REQUEST FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED PROCEDURES; PROPOSED ORDER** |

Plaintiff MERCURY CASUALTY COMPANY ("Mercury") and defendant ACQUIRED CAPITAL I, L.P. ("ACI"), hereinafter collectively referred to as the "Parties", by and through their counsel of record, hereby submit the following stipulation:

## STIPULATION

WHEREAS, on May 7, 2012, Mercury filed its Complaint for Declaratory Relief (the "Complaint") and thereafter served the Complaint on ACI; and

WHEREAS, on June 4, 2012, ACI filed its Answer to the Complaint and also filed its Counterclaim for Breach of Contract; Breach of Implied Covenant of Good Faith and Fair Dealing; Declaratory Relief (the "Counterclaim") and thereafter served the Answer and Counterclaim on Mercury; and

WHEREAS, on July 2, 2012, Mercury filed its Answer to the Counterclaim; and

WHEREAS, on May 7, 2012, the Court served on the Parties its Order Setting Status (Pretrial Scheduling) Conference, in which the following events were scheduled:

1. The status (pretrial scheduling) conference was set for August 20, 2012, at 9:00 a.m.;

2. No later than 21 days before the scheduling conference, the Parties were to confer and develop a proposed discovery plan as required by Federal Rule of Civil Procedure 26(f);

3. No later than 14 days before the scheduling conference, the Parties were to file a Joint Status Report; and

WHEREAS, the Parties have agreed to engage in mediation in an attempt to settle their disputes without incurring the expense of litigation, and to that end have retained Peter Searle of Judicate West in Orange County to act as mediator; and

WHEREAS, the Parties have scheduled a mediation session with Mr. Searle for October 24, 2012.

Therefore, the Parties stipulate as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    That the scheduling conference currently set August 20, 2012, be continued to
2  November 26, 2012 or thereafter; that the Parties confer to develop a proposed discovery plan
3  required by Federal Rule of Civil Procedure 26(f) no later than 21 days before the continued
4  scheduling conference; and that the Joint Status Report be filed no later than 14 days before the
5  continued scheduling conference.

Respectfully submitted,

DATED: July ___, 2012      LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
    Julian J. Pardini


DATED: August ___, 2012    HAGER & DOWLING


By: _____
    John S. Hager
    Attorneys for MERCURY CASUALTY
    COMPANY

DATED: July ___, 2012      SPIWAK & IEZZA


By: _____
    Nicolino Iezza
    Attorneys for Defendant ACQUIRED CAPITAL
    I, L.P.

**ORDER**

Having read and considered the Stipulation of the Parties as set forth above,

**THE COURT HEREBY ORDERS AND DECREES** that the scheduling conference originally set for August 20, 2012, be, and hereby is, **CONTINUED** to **November 26, 2012, at 9:00 a.m**., in order for the Parties to engage in private mediation.

No later than 21 days before the scheduling conference, the Parties shall confer and develop a proposed discovery plan as required by Federal Rule of Civil Procedure 26(f).  No later than 14 days before the scheduling conference, the Parties shall file a Joint Status Report that addresses all of the matters set forth in the Court's May 7, 2012, Order Setting Status (Pretrial Scheduling) Conference.

If the Parties settle the case, the scheduling conference will be taken off calendar upon the Parties' filing of a dismissal of their respective claims against each other.

IT IS SO ORDERED.

**Date:  7/31/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge